IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UBS FINANCIAL SERVICES INC.,

    Petitioner,

  v.

MACARIO MONTOYA,

    Respondent.

No. C 14-80124 WHA

**ORDER SETTING BRIEFING DEADLINES FOR PETITION**

On May 1, 2014, UBS Financial Services Inc. filed a petition to confirm an arbitration award and enter judgment thereon. Hearing on this petition is currently set for June 26, 2014. UBS, however, filed its certificate of service on respondent Macario Montoya on May 21, 2014 (Dkt. No. 6).

Should Montoya wish to oppose UBS's petition, such an opposition must be received by **4 PM ON JUNE 9, 2014**. Any reply that UBS then chooses to file would be due by **4 PM ON JUNE 12, 2014**. In addition, UBS shall personally serve a copy of this order on Montoya by **4 PM ON MAY 30, 2014**.

    **IT IS SO ORDERED.**

Dated: May 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE