United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UBS FINANCIAL SERVICES INC.,

    Petitioner,

v.

MACARIO MONTOYA,

    Respondent.

No. MC 14-80124 WHA

**ORDER REQUIRING CERTIFICATE OF SERVICE**

Previously, UBS Financial Services Inc. was required to personally serve a copy of the May 27 order on Macario Montoya, by no later than 4 PM on May 30 (Dkt. No. 7). Accordingly, UBS will now file a certificate of service, showing that it personally served Montoya with the May 27 order. The deadline for UBS's filing is **4 PM ON JUNE 3, 2014**.

**IT IS SO ORDERED.**

Dated: June 2, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE