IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., | No. MC 14-80124 WHA |
| Petitioner, | |
| v. | **ORDER REQUESTING INFORMATION FROM PETITIONER** |
| MACARIO MONTOYA, | |
| Respondent. | |

In its petition to confirm the arbitration award against respondent Macario Montoya (Dkt. No. 4), UBS Financial Services Inc. stated that it loaned Montoya $136,062 "[i]n connection with his decision to join UBS." The current record, however, does not answer the following three questions:

- Was the Employee Forgivable Loan given as part of Montoya's compensation for his employment with UBS, or was the loan was given as a benefit in addition to his compensation?

- Specifically, what was Montoya's compensation apart from his Employee Forgivable Loan?

- To what extent did other financial advisors at UBS (in the same position as was Montoya) elect *not* to take the Employee Forgivable Loan?

Accordingly, UBS will please respond to the aforementioned questions, in no more than **FIVE PAGES**. UBS should also append any supporting declaration and exhibits in answering the questions above. The filing deadline for UBS's response, along with any supporting declaration or exhibits, is **10 AM ON JUNE 23, 2014**.

**IT IS SO ORDERED.**

Dated: June 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2